IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL SMITH,

    Plaintiff,

  vs.                                 CIV S-05-1321 LKK KJM PS

LABOR READY,

    Defendant.             <u>ORDER</u>

_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has not filed an application to proceed without prepayment of fees using the form used in this district. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

1    2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis.
3 DATED: October 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
smith.inc